[No. 29277-3-I. Division One. January 18, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. FREDERICK
LOUISE CHISOM, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 91-1-03177-7, Richard M. Ishikawa, J., entered
September 16, 1991. *Affirmed* by unpublished opinion per
Webster, C.J., concurred in by Scholfield and Baker, JJ.

[No. 32446-2-I. Division One. January 18, 1994.]

LYDIG CONSTRUCTION, INC., *Appellant*, v. STEEL ENGINEERING
& ERECTION, INC., *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 92-2-04076-0, Jo Anne Alumbaugh, J., entered
February 8, 1993. *Reversed* by unpublished opinion per Web-
ster, C.J., concurred in by Scholfield and Grosse, JJ.

[No. 31915-9-I. Division One. January 18, 1994.]

TIM MATELICH, *Appellant*, v. DAVID J. FUNES,
ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 91-2-08546-3, George A. Finkle, J., entered
November 13, 1992. *Reversed* by unpublished opinion per
Webster, C.J., concurred in by Scholfield and Grosse, JJ.

[No. 31533-1-I. Division One. January 18, 1994.]

LARRY D. CAHILL, *Appellant*, v. THE DEPARTMENT OF LABOR
AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 90-2-23786-9, J. Kathleen Learned, J., entered
July 8, 1992. *Affirmed* by unpublished opinion per Webster,
C.J., concurred in by Grosse and Agid, JJ.